DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARISA C. SMITH,**
Appellant,

v.

**SHOMA HOMES AT NAUTICA SINGLE FAMILY NEIGHBORHOOD
ASSOCIATION, INC.,**
Appellee.

No. 4D2022-3420

[February 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE20-015682.

Marisa C. Smith, Miramar, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*